# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Gudreep S. Kahllon

                                Plaintiff,

v.                                            Case No.: 1:16-cv-07219
                                                            Honorable Charles R. Norgle Sr.

Seterus, Inc. et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 18, 2016:

      MINUTE entry before the honorable Charles R. Norgle: Seterus's Unopposed Motion for Extension of Time to Respond to the Complaint 15 is granted. The parties are not required to appear before the court on Friday, August 19, 2015. The status hearing previously set for September 20, 2016 is stricken. Agreed Written Status Report is due 11/1/2016.Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.